# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| General Construction Company ) | ASBCA No. 61135 |
| ) | |
| Under Contract No. W912QR-09-C-0050 ) | |

APPEARANCE FOR THE APPELLANT:    Christopher A. Wright, Esq.
    Carney Badley Spellman
    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Nicole E. Angst, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 21, 2019

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61135, Appeal of General Construction Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals